## A09A1285. THE STATE v. PICKETT.
(710 SE2d 212)

PHIPPS, Presiding Judge.

In *State v. Pickett*,[1] the Supreme Court of Georgia reversed the judgment of this court in *State v. Pickett*[2] and stated that this court had "erred in affirming rather than vacating the trial court's judgment and remanding the case for the court to exercise its discretion again using properly-supported factual findings and the correct legal analysis."[3] Accordingly, we vacate our earlier opinion, adopt the opinion of the Supreme Court as our own in its stead, vacate the trial court's judgment, and remand the case for proceedings not inconsistent herewith.

*Judgment vacated and case remanded. Smith, P. J., and Dillard, J., concur.*

DECIDED APRIL 11, 2011.

*Paul L. Howard, Jr., District Attorney, John O. Williams, Assistant District Attorney*, for appellant.

---

[1] 288 Ga. 674 (706 SE2d 561) (2011).

[2] 301 Ga. App. 251 (687 SE2d 239) (2009).

[3] *Pickett*, supra, 288 Ga. at 680.

*Marilyn Primovic, Ashleigh B. Merchant*, for appellee.